AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

United States District Court
Southern District of Texas
ENTERED
December 22, 2016
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Texas

United States of America
v.

Case No. H-16-574

Uriola Samuel Odulate

*Defendant*

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled before the magistrate judge as follows:

Place: Judge Dena Hanovice Palermo
515 Rusk
Houston, TX 77002

Courtroom No.: 702

Date and Time: 12/27/16 @ 10:30 am

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 12/22/16

*Judge's signature*

Stephen Wm. Smith
United States Magistrate Judge